DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 3:03-cr-087 (JKS) |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | APPLICATION AND AFFIDAVIT FOR |
| ) | ISSUANCE OF WRIT OF EXECUTION |
| KENNITH A. SMITH,   ) | ON PERMANENT FUND DIVIDEND |
| ) | |
| Defendant.   ) | |
| ) | |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

   I, RICHARD L. POMEROY, hereby state on oath:

   1.   Judgment for $70,100.00 was imposed on March 24, 2004, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against KENNITH A. SMITH as judgment debtor.

   2.   I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

   3.   The judgment debtor was represented by counsel.

   4.   The judgment entered is not a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

$1,710.98 accrued interest, computed at 1.23%.

$188.00   accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $75.00 | which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of: |
| 7.   $71,923.98 | ACTUALLY DUE on April 13, 2006. Of this total, $70,000.00 is the amount of the original judgment as entered, which still remains due and bears interest at 1.23% in the amount of $2.36 per day from this date. |

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.  This is a levy for satisfaction of a federal criminal fine or penalty and court-ordered restitution, pursuant to AS 43.23.065(b)(2)(4), may attach up to 100% of the Permanent Fund Dividend payable to this debtor.

Affidavit and Request for
Issuance of Writ of Execution
on Permanent Fund Dividend
U.S. vs. KENNITH A SMITH
Case No.: 3:03-cr-087 (JKS)

2

DATED this 14th day of April, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 14th day of April, 2006, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 5/16/08

Affidavit and Request for
Issuance of Writ of Execution
on Permanent Fund Dividend
U.S. vs. KENNITH A SMITH
Case No.: 3:03-cr-087 (JKS)

3