**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:03-Cr-087-JKS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kennith A. Smith | WRIT OF GARNISHMENT |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT**  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK  99501  Attn:  Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK  99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

*(stamp: RECEIVED APR 03 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.)*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy, A.U.S.A.

| | XX ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (907) 271-5071 | 3/27/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | | 3/27/07 |

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am |
| | 4-2-07 | 1200 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

REMARKS:

Returned No funds

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
# BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
     222 W. 7th Avenue, #28
     Anchorage, AK 99513-7504
     Phone (907) 271-5154

| *- For PFD Division Use Only -* |
| --- |
| PFD Server Code |
| **G0137** |
| Location_____ |
| Priority_____ |

____   Check here if you are adding or correcting information from a previously submitted
notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:**  3:03-CR-087-JKS
**Criminal Fine or Restitution  (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control
belonging to the person identified below, not exceeding the Total Due listed below, is
hereby levied upon by the attached writ.

**Judgment Debtor Name:**  KENNITH A SMITH

**AKA or Alias:**

**Social Security Number:**  Redacted SSN

**Date of Birth:**  Redacted DOB

**Amount of Writ**  $72,799.32

**Service Fee**  $

**Interest to October 15**  $

**Total Due**  $

Service Agent

| Signature | Date |
| --- | --- |
| *(signature)* | 4-2-07 |
| Printed Name | Title |
| | |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

ORIGINAL

DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KENNITH A SMITH.<br>SSN:<br>DOB:     Redacted SSN<br><br>         Redacted DOB<br>              Defendant. | ) Case No. 3:03-cr-087 (JKS)<br>)<br>)<br>)<br>)<br>) WRIT OF EXECUTION ON PERMANENT<br>) FUND DIVIDEND<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

     On March 24, 2004, judgment was imposed in the above-entitled
court and action, in favor of the United States of America as
judgment creditor and against KENNITH A SMITH as judgment debtor,
for

        $70,000.00      restitution

        $100.00         special assessments

        $70,100.00      JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$1,710.98 accrued interest

$188.00   accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$75.00          which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$71,923.98      ACTUALLY DUE on April 13, 2006, of which $70,000.00 is due on the judgment as entered and bears interest at the rate of 1.23% per annum in the amount of:

$2.36           PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 24 day of April , 2006 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

Signature Redacted

By:

Deputy Clerk

Writ of Execution on
Permanent Fund Dividend
U.S. vs. KENNITH A SMITH
Case No.: 3:03-cr-087 (JKS)          2